UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY COHEN,

  Plaintiff,

v.                                             CASE NO: 6:19-cv-01088-CEM-LRH

SYNCHRONY BANK,

  Defendant.

_____/

**PLAINTIFF'S STATUS REPORT**

The Plaintiff, LARRY COHEN, by and through his counsel, hereby submits this status report as required by the Court's Order Granting the Defendant's Joint Motion to Stay Matter pending Arbitration [Doc. 17], and in support hereof states as follows:

1.　On October 4, 2019 the case at issue was filed in the American Arbitration Association and assigned case number 01-19-0003-1890.

2.　Currently, the parties are pending the appointment of an Arbitrator.

Respectfully submitted,

*/s/ Octavio Gomez*
Octavio Gomez, Esquire
Florida Bar No. 0338620
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Primary Email: TGomez@ForThePeople.com
Secondary Email: DGagliano@ForThePeople.com
*Attorney for Claimant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2019, a true and correct copy of the above and foregoing has been filed with the Court using the Court's CM/ECF system, will cause a copy to be sent to all attorneys.

*/s/ Octavio Gomez*
Octavio Gomez, Esquire
Florida Bar No.: 0338620

2