**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY COHEN,

  Plaintiff,

v.                                                     CASE NO: 6:19-cv-01088-CEM-LRH

SYNCHRONY BANK,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, LARRY COHEN, and the Defendant, SYNCHRONY BANK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), have hereby settled and stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of August, 2020.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Raymond Hora* |
| **Octavio Gomez** | **Raymond Hora, Esq.** |
| Florida Bar No.: 0338620 | Florida Bar No. 88656 |
| Morgan & Morgan Tampa, P.A. | rhora@reedsmith.com |
| 201 N. Franklin Street, Suite 700 | **Brandon T. White, Esq**. |
| Tampa, Florida 33602 | Florida Bar No. 106792 |
| Telephone: (813) 223-5505 | bwhite@reedsmith.com |
| Facsimile: (813) 983-2889 | Reed Smith Llp |
| Primary: TGomez@ForThePeople.com | 1001 Brickell Bay Drive Suite 900 |
| Secondary: DGagliano@ForThePeople.com | Miami, Florida 33131 |
| *Attorney for Plaintiff* | Telephone: 786 747 0222 |
| | Facsimile: 786 747 0299 |
| | *Attorneys for Defendant* |